# United States Court of Appeals
## For the First Circuit

No. 24-1070

UNITED STATES OF AMERICA,

Appellant,

v.

CARLOS GONZALEZ,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court, issued on August 26, 2024, is amended as follows:

On page 2, line 6, replace "application" with "affidavit."